The People of the State of Illinois, defendant in error, v. John Soltis, plaintiff in error. Gen. No. 30,364.
Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded on authority of Gen. No. 30,358, *ante*. Opinion filed February 2, 1926.
Charles Horgan, for plaintiff in error; James M. Burke, of counsel.
Robert E. Crowe, State's Attorney, for defendant in error.
Per curiam.

---

Herman Turner, defendant in error, v. Carrie Shinable, plaintiff in error. Gen. No. 29,931.
Action for wages. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.
Harris F. Williams, for plaintiff in error; Eldon M. Votaw, of counsel. A. W. Martin and Edward H. S. Martin, for defendant in error.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Nick Pappas, plaintiff in error. Gen. No. 30,258.
Prosecution for assault with deadly weapon. Conviction and sentence. Error to the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.
W. G. Anderson, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Leopold Cohen Iron Company, plaintiff in error, v. Price Iron & Steel Company, defendant in error. Gen. No. 30,302.
Action upon contract of purchase and sale. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926. Rehearing denied February 16, 1926.
George B. Cohen and Abraham H. Cohen, for plaintiff in error. West & Eckhart, for defendant in error; William M. Klein and Samuel Kraus, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Frank Goldberg, appellee, v. John C. Philpott, appellant. Gen. No. 30,352.
Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. David A. Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed February 3, 1926.
Joseph H. Hinshaw, for appellant. No appearance for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.